THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAMYKA BROWN,<br><br>                      Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>                      Defendant. | Case No. 3:25-cv-05119-TL<br><br>**STIPULATED MOTION TO EXTEND DEADLINES** |

Pursuant to Local Civil Rule 10(g), the parties jointly stipulate and move for an extension of time for parties to complete the FRCP 26(f) Conference, Initial Disclosures, and Joint Status Report, and for an extension of time for Defendant Citibank, N.A. to respond to the Complaint. Pursuant to Judge Lin's Standing Order for All Civil Cases, the parties stipulated the extend these deadlines. Dkt. 11, 12. The parties now seek an additional extension the parties via stipulated motion, pursuant to the Standing Order.

The Court's scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). There is good cause for this extension of time. The parties continue to engage in settlement negotiations and agree that a seven-week extension would aid in resolution of this case. The parties have agreed on the following deadlines:

| | Original Deadline | New Deadline |
|---|---|---|
| Answer to Complaint | 5/22/2025 | 7/10/2025 |
| FRCP 26(f) Conference | 5/23/2025 | 7/11/2025 |

STIPULATED MOTION TO EXTEND DEADLINES
AND [PROPOSED] ORDER - 1
CASE NO. 3:25-cv-05119-TL

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

| | | |
|---|---|---|
| Initial Disclosure Deadline | 6/6/2025 | 7/25/2025 |
| Joint Status Report Deadline | 6/20/2025 | 8/8/2025 |

DATED: May 20, 2025

| BAXTER & BAXTER | BALLARD SPAHR LLP |
|---|---|
| By: s/ Justin M Baxter | By: s/ Emily Williams |
| Justin M Baxter, WSBA No. 39182 | Erin M. Wilson, WSBA No. 42454 |
| Kristen Baxter, WSBA No. 43929 | Emily Williams, WSBA No. 58648 |
| 8835 SW CANYON LN, STE 130 | 1420 Fifth Avenue, Suite 4200 |
| PORTLAND, OR 97225 | P.O. Box 91302 |
| Telephone: 503-297-9031 | Seattle, Washington 98111-9402 |
| justin@baxterlaw.com | Telephone: 206.223.7000 |
| kirsten@baxterlaw.com | wilsonem@ballardspahr.com |
| | williamsea@ballardspahr.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**[PROPOSED] ORDER**

It is so ORDERED.

DATED this 22nd day of May 2025.

_____
TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

Ballard Spahr LLP

STIPULATED MOTION TO EXTEND DEADLINES
AND [PROPOSED] ORDER - 2
CASE NO. 3:25-cv-05119-TL

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1 | Erin M. Wilson, WSBA No. 42454
2 | Emily Williams, WSBA No. 58648
  | 1420 Fifth Avenue, Suite 4200
3 | P.O. Box 91302
  | Seattle, Washington 98111-9402
4 | Telephone: 206.223.7000
  | wilsonem@ballardspahr.com
5 | williamsea@ballardspahr.com

6 | *Attorneys for Defendant*

STIPULATED MOTION TO EXTEND DEADLINES
AND [PROPOSED] ORDER - 3
CASE NO. 3:25-cv-05119-TL

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107